UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEANNE FROST ) | |
|     Plaintiff, ) | |
| ) | No. 1:13-cv-1188 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| LIBERTY LIFE ASSURANCE COMPANY ) | |
| OF BOSTON, ) | |
|     Defendant. ) | |
| _____ ) | |

## JUDGMENT

Having granted Defendant's motion for judgment on the administrative record (ECF No. 17) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 5, 2014                         /s/ Paul L. Maloney
                                                                                                  Paul L. Maloney
                                                                                                   Chief United States District Judge